GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
RODRIGO A. CASTRO-SILVA (Calif. Bar No. 185251)
Assistant United States Attorney
Chief, General Crimes and Complaints Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2262
    Facsimile: (213) 894-0141

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. M 93-3406-SB |
| Plaintiff, | |
| v. | NOTICE OF LODGING OF ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
| NASARIO PALACIOS, | |
| Defendant. | |

    Plaintiff United States of America, hereby gives notice that an Order for Dismissal of Magistrate's Complaint was lodged today with this court.

Dated: February 23, 2007    Respectfully submitted

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America