GEORGE S. CARDONA
Acting United States Attorney
RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>NASARIO PALACIOS,<br><br>                Defendant. | M 93-3406-SB<br><br>ORDER FOR DISMISSAL<br>OF<br>MAGISTRATE'S COMPLAINT |
|---|---|

    A Magistrate's Complaint having been filed before United States Magistrate Judge <u>Willard W. McEwen</u>, in Santa Barbara, California, against the above entitled defendant, charging a violation of Title 18, United States Code, Section 1073 (Flight to Avoid Prosecution), and the United States Attorney having moved for dismissal of the complaint by presentment of this order,

    IT IS HEREBY ORDERED that said Complaint be DISMISSED WITHOUT PREJUDICE, that the arrest warrant be RECALLED, and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

<u> February 26,2007 </u>
Date

                                        Carla M. Woehrle
                                United States Magistrate Judge

Presented by:

_____
RODRIGO A. CASTRO-SILVA
Assistant United States Attorney

Complaint Filed: Jan. 22, 1993    Is the person in custody?
                                             Yes ☐
                                             No  ☒